Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF WASHINGTON THROUGH THE WASHINGTON DEPARTMENT OF ECOLOGY, SUQUAMISH TRIBE, AND TULALIP TRIBES,<br><br>Plaintiffs,<br><br>v.<br><br>JELD-WEN, INC., KIMBERLY CLARK CORP., and WEYERHAEUSER NR COMPANY,<br><br>Defendants. | Case No. 2:18-cv-00113-BAT<br><br>NOTICE OF APPEARANCE |

TO: United States of America, Plaintiff; and to Danica Anderson Glaser, Attorney for the Plaintiff;

AND TO: State of Washington through the Washington Department of Ecology, Plaintiff; and to John A. Level, Attorney for the Plaintiff;

AND TO: Suquamish Tribe, Plaintiff; and to Melody L. Allen, Attorney for Plaintiff;

AND TO: The Tulalip Tribes, Plaintiff; and to Kimberly Ordon and Timothy Brewer, Attorneys for the Plaintiff.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the above named Defendant, Kimberly-Clark Corporation hereby enters appearance in the above-entitled action by the

NOTICE OF APPEARANCE - 1
CASE NO. 2:18-CV-00113

501034883 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  attorney undersigned.  You are hereby requested to serve all further papers and proceedings in said
2  cause upon said attorney at the address below stated.
3        DATED this 14th day of February, 2018.
4
5                                      K&L GATES LLP
6
7                              By:/s/ Bart J. Freedman
                              Bart J Freedman, WSBA #14187
                              925 Fourth Avenue, Suite 2900
8                                Seattle, WA  98104-1158
                              Phone:  206-370-7655
9                                Fax:  206-623-7580
                              Bart.Freedman@klgates.com
10                               Attorneys for Kimberly-Clark Corporation
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE - 2
CASE NO. 2:18-CV-00113

501034883 v1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

1.  My name is Dawnelle Patterson. I am a citizen of the United States, over the age of eighteen (18) years, a resident of the State of Washington, and am not a party of this action.

2.  On the 14th day of February, 2018, I caused to be served the foregoing NOTICE OF APPEARANCE by electronic notice through the court's ECF system upon the following parties:

Danica Anderson Glaser
US Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044-7611

Attorneys for United States of America

John A. Level
Assistant Attorney General
2425 Bristol Court S.W.
P.O. Box 40117
Olympia, WA  98504-0117

Attorneys for the State of Washington through Washington Department of Ecology

Melody L. Allen
Suquamish Tribe
Legal Department
P.O. Box 8488
Suquamish, WA  98392-0488

Attorneys for the Suquamish Tribe

Kimberly Ordon
Law Offices of Kimberly Ordon, PS
P.O. Box 1407
Duvall, WA  98019-1407

Attorney for the Tulalip Tribes

NOTICE OF APPEARANCE - 3
CASE NO. 2:18-CV-00113

501034883 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Timothy Brewer
Tulalip Tribes Office of the Reservation Attorney
6406 Marine Drive
Tulalip, WA  98274

Attorney for the Tulalip Tribes

Dated this 14th day of February, 2018.

*Dawnelle Patterson*
Dawnelle Patterson

NOTICE OF APPEARANCE - 4
CASE NO. 2:18-CV-00113

501034883 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022